AO 91 (rev.11/11) Criminal Complaint        AUTHORIZED AND APPROVED DATE: Brandon Hale, AUSA, 9/11/19

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

FILED
SEP 11 2019
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY ___RM___ , DEPUTY

United States of America )
)
v. )
) Case No: M-19-491-P
Christopher John Henderson, )
)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about December 24, 2013, and December 7, 2014, in the county of Oklahoma, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Production of child pornography, |
| 18 U.S.C. § 1591(a) | Child sex trafficking, and |
| 18 U.S.C. § 2260A | Penalties for registered sex offenders |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, David A. Garrison, Federal Bureau of Investigation, which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

*Complainant's signature*
DAVID A. GARRISON
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.
Date: 9/11/19

*Judge's signature*

City and State: Oklahoma City, Oklahoma

GARY M. PURCELL, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, David A. Garrison, having been first duly sworn, do hereby depose and state as follows:

1.  I have been employed as a Special Agent (SA) with the Federal Bureau of Investigation (FBI) since June 2005. Prior to joining the FBI, I was a state law enforcement officer for the Iowa State Patrol for five-and-a-half years.

2.  I am a Special Agent with the Federal Bureau of Investigation and have been since June 6, 2005 and am assigned to the Oklahoma City, Oklahoma Field Office. Since joining the FBI, I have been involved in investigations of child exploitation matters and computer crimes against children. I am currently assigned to investigate violations of federal law involving the exploitation of children. I have gained expertise in the conduct of such investigations through training in seminars, classes, and everyday work related to conducting these types of investigations in my current role as an SA with the FBI.

3.  I have probable cause to believe that Christopher John Henderson ("Henderson") is in violation of 18 U.S.C. §§ 2251(a), 1591(a), and 2260A.

4.  The statements contained in this affidavit are based in part upon my own investigation, information gathered from the service of administrative subpoenas, and the results of physical surveillance conducted by law enforcement agents. Because this affidavit is being submitted for the limited purpose of establishing probable cause that Henderson is in violation of the foregoing statutes, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause for the requested complaint.

## **PROBABLE CAUSE**

6. On March 5, 2018, Jane Doe, who turned 18 in September of 2015, contacted the National Center for Missing and Exploited Children and reported being notified, via an anonymous email, of explicit photographs of her and provided a website and link. Jane Doe accessed the link which led to a subcategory on "Reddit." On Reddit was a post linking to an "Imgur" post containing over a dozen photographs, some of them sexually explicit, from when Jane Doe was 15-16 years old. Jane Doe identified Henderson as being responsible for the photographs, and their posting, and disclosed additional sexually explicit material in the possession of Henderson.

7. Over the next few months, I interviewed Jane Doe on a number of occasions where she revealed additional information regarding her experience with Henderson, to include: She remembered talking with Henderson on the telephone before meeting him in person when she was fifteen or sixteen years old.

8.. During their first meeting, Henderson took Jane Doe to the Drover's Inn located in Oklahoma City, Oklahoma. He took her to this motel for the purpose of having sex and told her how much she could rely on him and how he wanted to take care of her. He also took a number of pornographic photographs of her both before and during their sexual encounter.

9. Jane Doe recalls having sex with Henderson around 40-50 times while they were together. He took photographs and filmed many of their sexual encounters and posted some of the photographs and videos on "fetlife." The email he used for the fetlife profile

was, "daddyandhisprincess@yahoo.com." Sometimes, prior to taking pornographic photographs of Jane Doe, he wrote sayings on certain body parts with a black sharpie including "cum slut", "public entrance", "use me", and "cum goes here." He used some of these pictures to advertise her for sex using his social media accounts, including Craigslist, following which, he shared with her a number of the replies so she could choose which customer to have sex with. Many of the replies included face and penis photographs of the prospective customers. Each appointment was supposed to last for less than an hour and the customers were charged $200.00. Henderson got all the money. He bought Jane Doe gifts such as clothes and a custom leather collar with a lock of which only he had the key. One set of clothes he bought for her, described as one of his favorites, was a pink t-shirt with the words "cum slut" on the front, and a short blue plaid skirt. He kept possession of this outfit and would often bring it with him when they met.

10. According to Jane Doe, during one of the times Henderson took her to a motel, while she was still 15 years old, prior to a scheduled prostitution date, he showed her some videos on his laptop computer depicting six or seven different juvenile girls, ranging in age from 10 or 11 to 15 years old, engaged in sex acts with men. He showed her these videos to help her know what to expect during her prostitution dates and to give her ideas on what she could do with the customers. He told her he had a "bunch" of these videos and showed her a file which contained a number of similar videos.

11. In May of 2018, Jane Doe provided written consent to search her cell phone. During the course of the search, I found 20 photographs matching the description of the

3

photographs she described as being posted on Imgur. During a subsequent interview, she identified some of the sexually explicit photographs of her as being taken by Henderson during their sexual encounters at various motels within the Oklahoma City area, including the Drover's Inn. All of the conduct involving Henderson and Jane Doe described in this affidavit occurred in the Oklahoma City area. I know that hotels in the Oklahoma City area serve interstate customers. I know that Craigslist is an internet-based classifieds service that is based in California and operates in interstate commerce.

12. Additionally, chats utilizing "imessage" were found on Jane Doe's phone between herself and a contact in her phone called "Christopher Henderson" with an associated telephone number of 405-889-2241 (she confirmed that this was Henderson). A subsequent subpoena for the subscriber information for the referenced telephone number came back to Christopher J. Henderson with an address that I later determined to be Henderson's home address. During one part of the chats, Jane Doe references the sexually explicit photographs of her posted on Imgur in March of 2018. On March 4, 2018, Henderson replies in part, "I am responsible. It is my doing. There is nothing I can say to make it better or to rectify this wrong. I ask that you not go to the police. This was a monstrous, horrible thing I did." On March 6, 2018, Henderson continued, "I only had the pics on that imgr page and that was it. Whatever pics you saw was all I had. I had no others and posted no others." Additionally, during a chat with Jane Doe on December 23, 2017, Henderson identified one of his email addresses as redcommiebastard1917@gmail.com (gmail email).

13. Jane Doe provided written consent to search her Yahoo email address. During the course of the search, I identified 86 emails from the gmail email to the yahoo email. Many of the emails to Jane Doe were forwarded from emails Henderson had received on the gmail email containing responses from prospective customers, including attached face photographs, to the craigslist ads he had posted. Additionally many of the emails included sexually explicit photographs Henderson had taken of Jane Doe and sent to prospective customers. Some examples are as follows:

   a. An April 22, 2014 email titled "Business Proposition Chat Logs" is a series of screen shots from fetlife.com with an exchange between "Dr_Exploitation" and an interested customer. At this time, Jane Doe was 16 years old. Dr_Exploitation's avatar lists his location as Norman, Oklahoma and includes a photograph of his face and upper shoulders. The photograph matches the description and other photographs of Henderson. At one point in the chat, the potential customer asks, "Both holes bareback available?" Dr_Exploitation replies, "Still anal training, so not yet. That work number listed is turned off most of the time. We only sell her sporadically for fun. She goes to college and has a part time job. But every other weekend, sometimes every Friday, we'll get a room and she'll fuck a string of strangers for cash. $200.00 and you can pound her sore with a condom but cum in her mouth as much as you want (she is a serious cum slut, she gets mad when the clients don't cum in her mouth)."

   b. A December 28, 2013 email the gmail email to the yahoo email is titled "Whore Advertising Pics". Henderson states: "Here are the pics we took, the very few that

required editing I went ahead and edited. I through in the bj and facial pics as extras. If you don't want them shared they won't be. Let me know ASAP and I'll send them to prospective clients and get you sold by this weekend. Your Daddy, -Christopher." The email contained 15 attached photographs of Jane Doe at the Drover's Inn. The photographs, labeled, "secret_whore_motel", start with her dressed in a short dress crouching on the bed and progress to sexually explicit photographs of Jane Doe exposing her vagina and the photographs Henderson referenced of her engaging in oral sex.

    c. A December 30, 2013 email titled, "19 yo Asian College Cutie w/Whore Fantasy – mw4m" (craigslist ad) from the gmail email to the yahoo email is forwarded from a December 26, 2013 email from "chyllokc" responding to the craigslist ad placed by Henderson. The email text was: "I like ur ad on CL if ur serious I cn give her just what she wants…I will send I cock pic but u have to prove ur serious and real for a face pic." "chyllokc" attached a photograph of his penis to the email.

    d. A February 26, 2014 email titled, "Kink Photos Set 1", sent from the gmail email to the yahoo email contains 15 photographs titled, "degraded_cumdump" and start with depicting Jane Doe standing clothed in a short white dress then progress to showing her naked except for a black collar around her neck with a silver ring on the front, a black feathery-looking blindfold covering her eyes, and thin gag around the lower part of her head with a black ball inserted into her mouth. She is then depicted sitting on the bed with her knees facing out, her feet together and her vagina exposed. Additionally, a silver chain is attached to the collar ring and extends out past the edge of the photograph. "Whore" is

written across her chest in black magic marker as is "cum dump" just above her vagina with an arrow pointing down. "Cheap bitch for sale" is written on the inside of her right leg and "Anyone can fuck me" is written on the inside of her left leg. A black sharpie is visible just to the right of Jane Doe's leg. During the course of my interviews with Jane Doe, she described this particular incident as Henderson's "punishment and reward." It was "punishment" because she had refused to have sex with other men that day, and "reward" because she had the benefit of being with him instead.

    e. An August 31, 2014 email titled, "Address" from the gmail account to Jane Doe's yahoo account stated: "Hey bitch, I regret ever having met you. You are a fucking cancer. But whatever, right? 12437 SE 149th Street Oklahoma City, OK 73165 Mail me the collar soon. We need to talk about how you'll pay me back. Checks? Mailing me cash would be unwise and unsafe." -Christopher" I have determined this address to be one of Henderson's former residences. During the course of my interviews with Jane Doe, she described how she was expected to bring the referenced collar (as described in paragraph "d") to her encounters with Henderson.

    17. During a September 10, 2019 phone conversation with Jane Doe, she stated that to the best of her recollection, she was either almost 15 years old or else 16 years old when she first met Henderson.

    18. At the time of the events described in this affidavit, Henderson was (and still is) a registered sex offender. I know that craiglist (i.e., craigslist.com) is an internet-based classifieds website that operates in interstate commerce. The motels described in this

7

affidavit were in the Oklahoma City area and such motels do business with interstate customers.

## Conclusion

19. Based on the foregoing, there is probable cause to believe that Henderson is in violation of the foregoing statutes and request that an arrest warrant for Henderson be issued.

DAVID A. GARRISON
Special Agent, Federal Bureau of Investigation

Sworn to me this 11th day of September, 2019

GARY M. PURCELL
United States Magistrate Judge

8